# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BK 08-49784 |
| Michele Gilbert | Chapter 7 |
| Debtor(s) | |

| | |
|---|---|
| Habbo G. Fokkena, United States Trustee | |
| Plaintiff, | |
| vs. | Adv. No. |
| Michele Gilbert | |
| Defendant(s). | |

## COMPLAINT OBJECTING TO DISCHARGE

Habbo G. Fokkena, United States Trustee, Plaintiff, by and through his undersigned attorney for his complaint against Michele Gilbert, defendant, states and alleges that:

1. This complaint is filed under FED. R. BANKR. P. 7001(4) and seeks an order denying the defendants' discharge pursuant to 11 U.S.C. § 727(a)(8).

2. This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and FED. R. BANKR. P. 4004. This proceeding is a core proceeding.

3. The United States Trustee has standing to commence this adversary proceeding pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 727(c)(1).

4. The defendant is a resident of Minnesota.

5. The defendant commenced the underlying bankruptcy case on February 26, 2008 (Bankr. Case No. 08-40784). *See* Att. Ex. 1 (ECF Docket Report).

6. The defendant commenced a prior Chapter 7 bankruptcy case on May 5, 2000 (Bankr. Case No. 00-13644) in the U.S. Bankruptcy Court for the Northern District of Illinois.

The defendant received a Chapter 7 discharge in that case. *See* Att. Ex. 2 (ECF Docket Report for 00-13644).

7. The defendant disclosed the prior case on her petition, but falsely stated that the case was filed in March 2000. *See* Att. Ex. 3 (Voluntary Petition, p. 2). The March 2000 commencement date also violates Section 727(a)(8).

8. Pursuant to 11 U.S.C. § 727(a)(8) (2005), the defendant has been granted a discharge under Section 727 in a case commenced within eight years before the date of filing the petition in Bankr. Case No. 08-40784.

WHEREFORE, the Plaintiff requests that this Court enter judgment denying the defendant's discharge herein, together with such other and further relief as the Court deems just.

Dated: February 28, 2008

HABBO G. FOKKENA
UNITED STATES TRUSTEE
REGION 12

BY: /s/ Sarah J. Wencil
Sarah J. Wencil
Trial Attorney
Office of the United States Trustee
Suite 1015 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
(612) 664-5504
IA ATTY NO. 14014

# EXHIBIT 1

# US Bankruptcy Court [LIVE]
## District of Minnesota (Minneapolis)
### Bankruptcy Petition #: 08-40784

*Assigned to:* Chief Judge Nancy C Dreher
Chapter 7
Voluntary
No asset

*Date Filed:* 02/26/2008

**Debtor**
**Michele Gilbert**
17556 96th Avenue North
Maple Grove, MN 55311
SSN: xxx-xx-2109

represented by **Alan J Albrecht**
7066 Brooklyn Blvd
Brooklyn Center, MN 55429
763-537-6251
Email:
ajaatty@usinternet.com

*U.S. Trustee*
**US Trustee**
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415
612-664-5500

| Filing Date | # | Docket Text |
|---|---|---|
| 02/26/2008 | 1 | Chapter 7 voluntary petition re: Michele Gilbert. Summary of schedules and statistical summary of certain liabilities, Schedules A-J - Forms 6A - 6J, Declaration concerning debtors schedules - Form 6, Statement of financial affairs - Form 7, Ch 7 individual debtors statement of intention - Form 8, Statement of compensation by attorney for debtor - Local Form 1007-1, Statement of current monthly income and means-test calculation (Form 22A). Fee Amount $299.00 (Albrecht, Alan) (Entered: 02/26/2008) |
| 02/26/2008 | 2 | Certificate of credit counseling filed by Michele Gilbert. (Albrecht, Alan) (Entered: 02/26/2008) |
| 02/26/2008 | 3 | Signature declaration filed by Michele Gilbert. (Albrecht, Alan) (Entered: 02/26/2008) |
| 02/26/2008 | 4 | Statement of anticipated changes in income or expenses filed by Michele Gilbert. (Albrecht, Alan) (Entered: 02/26/2008) |
| 02/26/2008 | 5 | Debtor's income records filed by Michele Gilbert. (Albrecht, Alan) (Entered: 02/26/2008) |

|  | PACER Service Center | | |
|---|---|---|---|
|  | Transaction Receipt | | |
|  | 02/27/2008 09:41:52 | | |
| PACER Login: | ux2539 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 08-40784 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 1 | Cost: | 0.08 |

# EXHIBIT 2

**CLOSED**

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
### Bankruptcy Petition #: 00-13644

*Assigned to:* Hon. Ronald Barliant
Chapter 7
Voluntary
No asset

*Date Filed:* 05/05/2000
*Date Terminated:* 08/30/2000
*Date Discharged:* 08/25/2000

*Debtor*
**Michele Gilbert**
15311 S Kilpatrick Ave #12
Oak Forest, IL 60452
SSN: xxx-xx-2109

represented by **Marc C Scheinbaum**
Scheinbaum & West, LLC
P. O. Box 5009
Vernon Hills, IL 60061-5009
847-636-4676
Fax : 847-362-1665
Email: amerlincat@aol.com

*Trustee*
**Richard J Mason**
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
312 750-3527 Ext. 3527

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 05/05/2000 | 1 | VOLUNTARY petition under chapter 7 [WI] (Entered: 05/05/2000) |
| 05/12/2000 | 2 | NOTICE of Meeting of Creditors and Deadlines with Certificate of Service [JA] (Entered: 05/15/2000) |
| 06/28/2000 | 3 | FINAL Report of Trustee in No Asset Case [JA] (Entered: 06/29/2000) |
| 06/28/2000 | 4 | AMENDMENT to Schedule C [JA] (Entered: 06/29/2000) |
| 08/25/2000 | 5 | DISCHARGE of Debtor with Certificate of Service [JA] (Entered: 08/30/2000) |
| 08/30/2000 | 6 | ORDER CLOSING CASE AND DISCHARGING TRUSTEE [JA] (Entered: 08/30/2000) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/27/2008 09:44:46 | | | |
| PACER Login: | ux2539 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 00-13644 Fil or Ent: filed From: 1/1/2000 To: 2/27/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 1 | Cost: | 0.08 |

# EXHIBIT 3

B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Minnesota | | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gilbert, Michele** | Name of Joint Debtor (Spouse) (Last, First, Middle): | |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): | |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2109** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**17556 - 96th Avenue North**<br>**Maple Grove, MN**<br>ZIPCODE **55311** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE | |
| County of Residence or of the Principal Place of Business:<br>**Hennepin** | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE | |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7 ☐ Chapter 15 Petition for<br>☐ Chapter 9 Recognition of a Foreign<br>☐ Chapter 11 Main Proceeding<br>☐ Chapter 12 ☐ Chapter 15 Petition for<br>☐ Chapter 13 Recognition of a Foreign<br>Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer ☐ Debts are primarily<br>debts, defined in 11 U.S.C. business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| B1 (Official Form 1) (1/08) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Gilbert, Michele** | |

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Chicago, Illinois** | Case Number: **00-13644** | Date Filed: **3/2000** |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X /s/ Alan J. Albrecht   2/26/08<br>Signature of Attorney for Debtor(s)   Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gilbert, Michele** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Michele Gilbert**                  **Michele Gilbert**<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br>_____<br>Telephone Number (If not represented by attorney)<br>**February 26, 2008**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br>_____<br>Printed Name of Foreign Representative<br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ Alan J. Albrecht**<br>Signature of Attorney for Debtor(s)<br>**Alan J. Albrecht 191826**<br>Printed Name of Attorney for Debtor(s)<br>**Albrecht & Associates, LTD**<br>Firm Name<br>**7066 Brooklyn Boulevard**<br>Address<br>**Brooklyn Center, MN 55429**<br><br>_____<br>Telephone Number<br>**February 26, 2008**<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>_____<br>Printed Name of Authorized Individual<br>_____<br>Title of Authorized Individual<br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## VERIFICATION

I, Sarah J. Wencil, a trial attorney for the United States Trustee, the petitioner herein, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on February 28, 2008

/s/ Sarah J. Wencil
Sarah J. Wencil
Trial Attorney
Suite 1015 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
(612) 664-5504
IA ATTY NO. 14014